

Petar K. Vanjak | Associate
Direct 914.798.5447 | pvanjak@goldbergsegalla.com

June 26, 2020

**Application GRANTED. The parties shall file the joint letter pursuant to this Court's Order at Dkt. No. 27 by July 14, 2020.**

**By ECF**

Honorable Lorna G. Schofield
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Dated: June 29, 2020
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re:   *Ibrahima Kone v. Robert Bosch, LLC, et al.*
      Civ. Action No.: 7:20-cv-03045-PMH

Dear Judge Schofield:

This office represents defendants Robert Bosch LLC, Robert Bosch Tool Corporation, and Robert Bosch North America Corporation i/s/h/a Robert Bosch North American Incorporated (hereinafter "Defendants") in the above matter.

Defendants are writing pursuant to section I.B.2 of Your Honor's individual practices to respectfully request a two-week extension for the filing of the joint letter mandated by Your Honor's Order dated June 24, 2020. We respectfully request to extend the filing deadline from June 30, 2020 to July 14, 2020. This is the first request to extend the deadline for the filing of the joint letter. We believe that a two-week extension of the deadline will be sufficient time to allow the parties to coordinate and complete the joint letter. We discussed this issue with the plaintiff's counsel, who graciously consented to the extension.

Thank you for considering this request.

Respectfully submitted,

Petar K. Vanjak
PKV:ei

Cc:   Roosevelt Jean (via e-mail and e-file)

**Please send mail to our scanning center at: PO Box 1020, Buffalo, NY 14201**

**Office Location:** 50 Main Street, Suite 425, White Plains, NY 10606 | 914.798.5400 | Fax: 914.798.5401 | **www.goldbergsegalla.com**