```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
KONE,                                                       :
                                                            :
                           Plaintiff,                       :
                                                            :       20 Civ. 03045 (LGS)
          -against-                                         :
                                                            :       ORDER
ROBERT BOSCH, LLC, et al.,                                  :
                                                            :
                           Defendants.                      :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to this Court's Order at Dkt. No. 33, the parties were directed to file a joint status letter on August 21, 2020;

WHEREAS, no such letter was filed. It is hereby

**ORDERED** that, by **August 28, 2020**, the parties shall file a joint status letter pursuant to this Court's Order at Dkt. No. 33.

Dated: August 25, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**