UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IBRAHIMA KONE,
                              Plaintiff,

                        -against-                        20 Civ. 3045 (LGS)

                                                          ORDER
ROBERT BOSCH, LLC, et al.,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 1, 2020, the Court directed the parties to file a joint status letter on September 30, 2020, and every 30 days thereafter, providing an update to the Court on the status of discovery. Dkt. No. 39.

WHEREAS, a joint status letter was due on December 29, 2020, but no such letter was filed. It is hereby

**ORDERED** that by **January 7, 2021**, the parties shall file a joint status letter pursuant to the Court's Order at Docket No. 39.

Dated: January 5, 2021
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE