UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IBRAHIMA KONE,
                        Plaintiff,

           -against-

ROBERT BOSCH, LLC, et al.,
                        Defendants.
------------------------------------------------------------ X

20 Civ. 3045 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to the Fifth Amended Civil Case Management Plan and Scheduling Order, a pre-motion conference for any anticipated dispositive motions is scheduled for June 17, 2021, and any pre-motion letters in anticipation of a motion for summary judgment or other dispositive motion were due by June 3, 2021. Dkt. No. 75.

WHEREAS, no such pre-motion letters were filed. It is hereby

**ORDERED** that the June 17, 2021, pre-motion conference is **CANCELLED**. It is further

**ORDERED** that this case will be placed in **first place on the Court's trial-ready calendar** for a trial to begin on **December 13, 2021**, or the Court's first available date thereafter. The Court will request a courtroom to commence a trial in this matter on or around December 13, 2021, and will notify the parties of any firm or back-up trial date when fourth quarter courtroom assignments are made (approximately a month in advance). It is further

**ORDERED** that, by **June 17, 2021**, the parties shall meet and confer and file a letter apprising the Court of whether there have been any settlement discussions to date and whether the parties would like a referral either to a magistrate judge or the Court-annexed mediation program. It is further

**ORDERED** that in accordance with and as further provided in Individual Rule IV.B:

(1) Any motions *in limine* shall be filed by **September 6, 2021**. Responses to the motions shall be filed by **October 4, 2021**. No reply shall be filed. The parties shall follow the Court's Individual Rules regarding such motions. It is further

**ORDERED** that, no later than **October 4, 2021**, the parties shall file a Joint Final Pre-Trial Order as provided in the Court's Individual Rules.

\* \* \* \*

The parties are encouraged to contact Courtroom Deputy James Street at (212) 805-4553 closer to the trial date if they wish to know where they stand on the list of trials to be scheduled.

Dated: June 10, 2021
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**